UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DUSTIN WILLIAMS

CIVIL ACTION

VERSUS

16-120-SDD-EWD

BRAND ENERGY & INFRASTRUCTURE
SERVICES, INC., ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 9, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 20 day of July, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 18.
[3] Rec. Doc. 4.